UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DYLAN THOMAS BONEVELLE,

    Defendant.
_____/

HON. ROBERT HOLMES BELL

Case No. 2:09-cr-05

## **ORDER**

In accordance with the plea hearing conducted before the undersigned on July 10, 2009, IT IS HEREBY ORDERED that the order setting defendant's conditions of release is revoked and the defendant shall be detained pending sentencing.

IT IS SO ORDERED.

Date: July 10, 2009

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge